## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc. | ) | |
|         Plaintiff, | ) | Case No.: 1:24-cv-06753 |
| | ) | |
| vs. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| Cartridge World North America LLC | ) | Mag. Judge. Young B. Kim |
| | ) | |
|         Defendant. | ) | |

## **NOTICE OF FILING**

Please take notice that on September 25, 2024, Plaintiff Whiteamire Clinic P.A., Inc.

electronically filed this Notice of Filing:

1. Affidavit of service for Horizon Ink (Exhibit A)
2. Affidavit of service for Telesis Unlimited (Exhibit B)
3. Affidavit of service for Frank Formiller and Computer Corner LLC (Exhibit C)
4. Affidavit of service for In the Ink LLC and Karrie Powers (Exhibit D)
5. Affidavit of service for David Morrill (Exhibit E)
6. Affidavit of service for JIREH ENTERPRISES, INC d/b/a Cartridge World (Exhibit F)
7. In the Ink LLC answer to third party citation to discover assets (Exhibit G)
8. David Morrill's answer to third party citation to discover assets (Exhibit H)
9. Formiller and Computer Corner LLC answer to third party citation to discover assets (Exhibit I)
10. Email from Daniel Janssen to Jeffrey Monberg and Ross Good dated June 28, 2024 (Exhibit J)
11. Email from Jeffrey Monberg to Ross Good dated September 18, 2024 (Exhibit K)
12. Email from Daniel Janssen to Karrie Powers dated September 11, 2024 (Exhibit L)
13. Email thread with Cartridge World America President Gregory Carafello, Karrie Powers, and others beginning September 5, 2024. (Exhibit M)
14. December 18, 2017 Affidavit of Mark Pinner. (Exhibit N)
15. Horizon Ink answer to third party citation to discover assets (Exhibit O).

Dated: September 25, 2024                                Respectfully Submitted,

                                                                                  By: /s/Ross M. Good

The Good Law Group
Ross Good (ross@thegoodlawgroup.com)
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Phone: 847-600-9576

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: September 25, 2024                              Respectfully Submitted,


                                                                                  By: /s/Ross M. Good

The Good Law Group
Ross Good (ross@thegoodlawgroup.com)
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Phone: 847-600-9576