# EXHIBIT A

## UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **Cartridge World North America, LLC** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:24-cv-06753 |

## AFFIDAVIT OF SERVICE

I, Matthew Jankowski, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Horizon Ink in Midland County, MI on August 22, 2024 at 8:56 am at 1112 South Saginaw Road, Midland, MI 48640 by leaving the following documents with Ted Easting who as Owner is authorized by appointment or by law to receive service of process for Horizon Ink.

THIRD PARTY CITATION TO DISCOVER ASSETS

White Male, est. age 65+, glasses: Y, White hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.6184385,-84.2186956
Photograph: See Exhibit 1

Total Cost: $175.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____,

_____ on ___8/22/2024___ .

/s/ *Matthew Jankowski*
_____
Signature
Matthew Jankowski
+1 (989) 746-4332



Exhibit 1a)