# EXHIBIT B

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-06753 |
| ) | |
| **Cartridge World North America, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Marjorie Drake, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Telesis Unlimited, LLC in Grand Traverse County, MI on August 22, 2024 at 9:25 am at 1073 West South Airport Road, Traverse City, MI 49686 by leaving the following documents with Female (Refused to state name) who as Owner is authorized by appointment or by law to receive service of process for Telesis Unlimited, LLC.

THIRD PARTY CITATION TO DISCOVER ASSETS

Additional Description:
The woman that I served refused to give me her name. She states that she is the new owner of Cartridge World and that this case is for Bill the previous owner.

White Female, est. age 55-64, glasses: Y, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=44.7329673833,-85.5966873167
Photograph: See Exhibit 1

Total Cost: $175.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Grand Traverse County, MI on 8/29/2024.

/s/ *Marjorie Drake*
Signature
Marjorie Drake
+1 (231) 409-6640



Exhibit 1a)