# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:24-cv-06753 |
| **Cartridge World North America, LLC** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Elizabeth Vorpahl, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Frank Formiller in Winnebago County, WI on August 28, 2024 at 3:02 pm at 1010 North Main Street, Oshkosh, WI 54901 by personal service by handing the following documents to an individual identified as Frank Formiller.

THIRD PARTY CITATION TO DISCOVER ASSETS

Additional Description:
I delivered the documents to Frank Formiller.

Ethnicity: caucasian, Gender: Male, Est. Age: 74, Glasses: N, Hair: Black grey,
Height: 5'9", Weight: 180

Photograph: See Exhibit 1

Total Cost: $143.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Winnebago, WI on 08/29/2024.

/S/ *Elizabeth Vorpahl*
Signature
Elizabeth Vorpahl
Phone No.: (920) 740-1250

