# EXHIBIT D

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **Cartridge World North America, LLC** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:24-cv-06753 |

## AFFIDAVIT OF SERVICE

I, Collette Johnson, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to In the Ink LLC in Rock Island County, IL on August 28, 2024 at 4:28 pm at 3924 38th Ave, Moline, IL 61265 by leaving the following documents with Kari Powers who as Owner is authorized by appointment or by law to receive service of process for In the Ink LLC.

THIRD PARTY CITATION TO DISCOVER ASSETS

Additional Description:
The owner accepted the documents. She reports she is an independent business and not the same as cartridge world, she was confused by the documents, and was not sure they were intended for her business. I served her the paperwork and told her to follow up with whomever is listed in the documents.

White Female, est. age 45-54, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.471998617,-90.4812804747
Photograph: See Exhibit 1

Total Cost: $286.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Rock Island County   ,

   IL   on   8/29/2024   .

/s/ *Collette Johnson*

Signature
Collette Johnson
+1 (309) 236-9411
Proof Illinois LLC
No. 117.001863

