# EXHIBIT E

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.,** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-06753 |
| ) | |
| **Cartridge World North America, LLC,** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Gino Hoffmann, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to David Morrill in Milwaukee County, WI on August 30, 2024 at 1:42 pm at 3630 N 98th St, Milwaukee, WI 53222 by personal service by handing the following documents to an individual identified as David Morrill.

Citation

Additional Description:
I knocked on the door to the residence and a Caucasian male answered, identified himself as David Morrill and he personally accepted the documents.

White Male, est. age 45-54, glasses: N, Gray hair, 220 lbs to 240 lbs, 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=43.0838122097,-88.0354444008
Photograph: See Exhibit 1

Total Cost: $190.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Milwaukee County_ ,

_WI_ on _8/30/2024_ .

/s/ *Gino Hoffmann*

Signature
Gino Hoffmann
+1 (414) 801-9834



Exhibit 1a)