# EXHIBIT F

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Whiteamire Clinic P.A., Inc.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-06753 |
| ) | |
| **Cartridge World North America, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Isiah Lowe, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to JIREH ENTERPRISES, INC d/b/a Cartridge World in Grant County, IN on August 26, 2024 at 7:38 pm at 2380 West 1100 South, Fairmount, IN 46928 by leaving the following documents with John Doe (refused to state name) who as Employee Authorized to Accept is authorized by appointment or by law to receive service of process for JIREH ENTERPRISES, INC d/b/a Cartridge World.

Citation

Additional Description:
Male answered door, stated business, said it was for him. He refused to provide name or title, took the documents and shut the door.

White Male, est. age 45-54, glasses: N, No Hair hair, 220 lbs to 240 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.5663084146,-85.6761579496

Total Cost: $120.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Delaware County, IN on 9/4/2024.

/s/ *Isiah Lowe*
Signature
Isiah Lowe
+1 (765) 729-6708