# EXHIBIT J

# Ross Good

| | |
|---|---|
| From: | Janssen, Daniel M. <Daniel.Janssen@quarles.com> |
| Sent: | Friday, June 28, 2024 12:01 PM |
| To: | Monberg, Jeffrey M.; Ross Good |
| Subject: | RE: Whitemire Clinic v. Cartridge World [QBLLP-ACTIVE.FID44684925] |

So awesome.

There is zero percent chance this judgment ever gets collected.



**Daniel Janssen | Partner**
daniel.janssen@quarles.com | D. 414-277-5733
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | vCard | quarles.com | LinkedIn
Assistant: Mandie Stutz, 414-277-5429

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

**From:** Monberg, Jeffrey M. <Jeff.Monberg@quarles.com>
**Sent:** Friday, June 28, 2024 11:55 AM
**To:** Ross Good - Loftus & Eisenberg, Ltd (ross@loftusandeisenberg.com) <ross@loftusandeisenberg.com>
**Cc:** Janssen, Daniel M. <Daniel.Janssen@quarles.com>
**Subject:** Whitemire Clinic v. Cartridge World [QBLLP-ACTIVE.FID44684925]

Ross –

Following up on our earlier discussions, please be advised that Tina Ricchio left Cartridge World for another job several weeks ago.

Please dismiss the Third Party Citation.

Jeff



**Jeffrey Monberg | Partner**
jeff.monberg@quarles.com | D. 312-715-5162 | M. 219-743-0265
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000, Chicago, IL 60654-3406
Bio | vCard | quarles.com | LinkedIn
Assistant: Thomas Polk, 312-715-5249

1

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.