# EXHIBIT K

# Ross Good

| | |
|---|---|
| **From:** | Monberg, Jeffrey M. <Jeff.Monberg@quarles.com> |
| **Sent:** | Wednesday, September 18, 2024 11:05 AM |
| **To:** | Ross Good |
| **Cc:** | Janssen, Daniel M. |
| **Subject:** | Whiteamire Clinic P.A., Inc v. Cartridge World North America, LLC, Case No. 24-cv-06753 [QBLLP-ACTIVE.FID44684925] |
| **Attachments:** | 2024-09-18 Whiteamire Clinic v. Cartridge World(92235289.1).pdf |

Ross,

I am attaching correspondence regarding Whiteamire Clinic P.A., Inc v. Cartridge World North America, LLC, Case No. 24-cv-06753.

As described in the letter, I do not represent the defendant or any of the third-party respondents.

Please direct all future communications accordingly.

Regards,

Jeff Monberg



**Jeffrey Monberg | Partner**
jeff.monberg@quarles.com | D. 312-715-5162 | M. 219-743-0265
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000, Chicago, IL 60654-3406
Bio | vCard | quarles.com | LinkedIn
Assistant: Thomas Polk, 312-715-5249

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.



Quarles & Brady LLP
Attorneys at Law
300 N. LaSalle Street
Suite 4000
Chicago, IL  60654-3406
312-715-5000
Fax 312-715-5155
quarles.com

Writer's Direct Dial: 312-715-5162
E-Mail: Jeffrey.Monberg@quarles.com

**Via e-mail to**
ross@thegoodlawgroup.com

Ross M. Good
The Good Law Group
800 E Northwest Hwy
Suite 814
Palatine, IL 60074

  **Re:  Whiteamire Clinic P.A., Inc v. Cartridge World North America, LLC**
    **Case No. 24-cv-06753**

Dear Ross:

  I am in receipt of numerous court papers you filed in the above referenced case.   Among other things, you have filed several versions of a "Notice of Third-Party Citation to Discovery Assets" wrongly indicating that I am the attorney for the Judgement Debtor, Cartridge World North America, LLC.

  Please be advised that Quarles & Brady LLP does not represent Cartridge World North America, LLC.  I do not know why you would think this has ever been my firm's client.  I have not indicated to you that this entity is (or ever was) my client.  My firm cannot accept any papers on behalf of this entity.

  Please be further advised that my firm does not represent any of the third-party respondents, including Telesis Unlimited, LLC, In the Ink, Inc., Jeff Faul, Horizon Ink, LLC, Jireh Enterprises, Inc., Frank Formiller, or David Morill.

  Please stop representing to the Court that I am the attorney for Cartridge World North America, LLC.  I ask that you take all appropriate action to correct this misrepresentation.  Please also stop sending me notices and court papers for parties that I do not represent.

           Sincerely,

           */s/ Jeffrey M. Monberg*
           Jeffrey M. Monberg