# EXHIBIT L

# Ross Good

| | |
|---|---|
| **From:** | Karrie Powers <karrie@cartridgeworldqc.com> |
| **Sent:** | Friday, September 20, 2024 10:49 AM |
| **To:** | Ross Good |
| **Subject:** | FW: CW CITATION FOLLOW UP |

**From:** Janssen, Daniel M. <Daniel.Janssen@quarles.com>
**Sent:** Thursday, September 12, 2024 10:03 AM
**To:** Karrie Powers <karrie@cartridgeworldqc.com>
**Subject:** RE: CW CITATION FOLLOW UP

Please send me the contact information for our lawyer.



**Daniel Janssen | Partner**
daniel.janssen@quarles.com | D. 414-277-5733
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400, Milwaukee, WI 53202-4428
Bio | vCard | quarles.com | LinkedIn
Assistant: Mandie Stutz, 414-277-5429

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

**From:** Karrie Powers <karrie@cartridgeworldqc.com>
**Sent:** Wednesday, September 11, 2024 11:46 AM
**To:** Janssen, Daniel M. <Daniel.Janssen@quarles.com>
**Subject:** CW CITATION FOLLOW UP

Mr. Janssen,

This is Karrie Powers and we spoke yesterday regarding the citation I received from Mr. Good regarding the CWNA/Whiteamire Clinic. I reached out to an attorney and he has advised me that:

1) I am in possession of responsive documents to this subpoena.
2) I should attempt to resolve the matter by reaching out to Mr. Good and providing the responsive documentation first. The attorney's rate is $750/hour so he suggested I provide the documentation first without engaging him.
3) I reach out to you to ask that you identify/clarify information that CWE regards as "confidential" per Greg Carafello's email prior to submitting the documents.

1

I am happy to discuss over a phone call if you would prefer. I can be reached at 309-762-2465. Otherwise, please provide a description of the documentation CWE views as "confidential" or information I am prohibited from sharing from CWE's legal perspective.

Regards,
Karrie