# EXHIBIT M

# Ross Good

| | |
|---|---|
| **From:** | Karrie Powers <karrie@cartridgeworldqc.com> |
| **Sent:** | Friday, September 20, 2024 10:48 AM |
| **To:** | Ross Good |
| **Subject:** | FW: Please read -Timely and Important- regarding Citations that have been delivered. |

**From:** Karrie Powers
**Sent:** Tuesday, September 10, 2024 12:19 PM
**To:** ericgeorge@cartridgeworldusa.com
**Cc:** gcarafello@cartridgeworldusa.com
**Subject:** FW: Please read -Timely and Important- regarding Citations that have been delivered.

Hi Eric,

With regard to this matter, obviously if I have to hire an attorney as I'm reading Greg's email advising to do, I should not have to pay for an attorney related to a matter that is completely unrelated to me. Would I take the attorney fees out of my monthly royalties?

Please let me how you would like me to communicate attorney fees with you.

Thank you,
Karrie

**From:** CartridgeWorld #0404 <cw0404@cartridgeworldusa.com>
**Sent:** Tuesday, September 10, 2024 11:56 AM
**To:** Karrie Powers <karrie@cartridgeworldqc.com>
**Subject:** Fw: Please read -Timely and Important- regarding Citations that have been delivered.

**From:** Greg Carafello <gcarafello@cartridgeworldusa.com>
**Sent:** Friday, September 6, 2024 8:34 AM
**To:** Bob <bdoyle@cartridgeworldusa.com>; CW AMERICA <CWAmerica@cartridgeworldusa.com>; Eric George <EricGeorge@cartridgeworldusa.com>; mmancuso@cartridgeworldusa.com <mmancuso@cartridgeworldusa.com>; F Garrido <fgarrido@cartridgeworldusa.com>
**Subject:** Re: Please read -Timely and Important- regarding Citations that have been delivered.

It is regarding a law suit from 2014 and three owners previous to now.

Greg

1



**From:** Bob <bdoyle@cartridgeworldusa.com>
**Sent:** Friday, September 6, 2024 6:20 AM
**To:** Greg Carafello <gcarafello@cartridgeworldusa.com>; CW AMERICA <CWAmerica@cartridgeworldusa.com>; Eric George <EricGeorge@cartridgeworldusa.com>; mmancuso@cartridgeworldusa.com <mmancuso@cartridgeworldusa.com>; F Garrido <fgarrido@cartridgeworldusa.com>
**Subject:** Re: Please read -Timely and Important- regarding Citations that have been delivered.

**I'm in Finland, did not receive a citation, what is it in regards to? Can you send me a copy of the document so I can see what it is for?**

**From:** Greg Carafello <gcarafello@cartridgeworldusa.com>
**Sent:** Thursday, September 5, 2024 4:38 PM
**To:** CW AMERICA <CWAmerica@cartridgeworldusa.com>; Eric George <EricGeorge@cartridgeworldusa.com>; mmancuso@cartridgeworldusa.com <mmancuso@cartridgeworldusa.com>; F Garrido <fgarrido@cartridgeworldusa.com>; Greg Carafello <gcarafello@cartridgeworldusa.com>
**Subject:** Please read -Timely and Important- regarding Citations that have been delivered.

September 5th, 2024

Dear Cartridge World Franchisees, We are aware that you have or may receive a letter (possibly by US mail, certified mail or otherwise) that describes itself as a "citation." Please understand: this document is entirely unrelated to your business, our business, or our relationship with you. The responsible individual has a lengthy history of filing documents that to date, in our view, are entirely without merit.

You are at liberty to deal with the citation as you see fit. With that said, we invite you to share the document with your own advisors or legal counsel, who may contact our outside counsel for further guidance. Counsel's contact information follows:

Dan Janssen
Quarles & Brady LLP
Daniel.Janssen@quarles.com
(414) 277-5733


Mr. Janssen and his firm are very happy to help, but for various reasons represent only us. If you contact him, please understand that neither he nor his firm will be your lawyer or provide you legal advice. You will still want to provide any information received to your own counsel. That said, he will be happy to share non-privileged information on this matter to your counsel to help you protect your legal interests. We further note that you will not receive an invoice from Mr. Janssen or his firm for time spent conferring with your team.

If you have any questions please feel free to reach out to myself or Michael Mabry, Managing Board Member.


Sincerely,
Gregory J. Carafello
President Cartridge World Americawww.cartridgeworldusa.com ,



Gregory J. Carafello
**President Cartridge World America**
CFE - Certified Franchise Executive
Master Franchisee MidAtlantic Region
CEPA - Certified Exit Planning Advisor
One World Trade Center, Suite 8500
New York, NY 10007
e. gcarafello@cartridgeworldusa.com
p. 212-220-5900
c. 973-632-2192
www.cartridgeworldusa.com
Serving the printing sector for 30 years!
Franchises are available, find out more