# EXHIBIT 2

# GREGG SZILAGYI
209 SOUTH LASALLE STREET ● SUITE 950 ● CHICAGO ILLINOIS 60604 ● 312.663.0801 ●
gs@tailserv.com ● www.tailserv.com

### *TRUSTEE/RECEIVER/ASSIGNEE/MEDIATOR*
### *INTERIM MANAGEMENT*

Restructuring and insolvency oriented professional fiduciary and attorney with over 30 years' experience. Background includes legal representation of debtors, secured creditors, trustees, receivers, landlords, tenants, asset purchasers, assignees for the benefit of creditors, unsecured creditors' committees, equity security committees and individuals in sophisticated bankruptcy matters.

Since 1999, served on the Panel of Private Bankruptcy Trustees for the Northern District of Illinois. Operated and liquidated business assets under chapter 11 and chapter 7 of the Bankruptcy Code. Also served as receiver in mortgage foreclosure cases and government enforcement actions in State and Federal Courts, and assignee for the benefit of creditors in numerous matters in Illinois and Delaware, and sales officer in UCC and private judicial sales. Industry experience includes senior housing, packaging, food packaging, manufacturing, telecom, energy, alternative energy, gaming, regulated industries, and real estate.

### *PROFESSIONAL EXPERIENCE*

**Holleb & Coff**, Chicago, Illinois
Associate Attorney, 1988-1994.

**Lord**, **Bissell & Brook**, Chicago, Illinois
Associate Attorney, 1994-1995.

**Shefsky & Froelich**, **Ltd**. Chicago, Illinois
Partner, 1995-2001.

**Ungaretti & Harris LLP**, Chicago, Illinois
Partner, 2001-2006.

**Levenfeld Pearlstein**, **LLC**, Chicago Illinois
Of Counsel, 2006-2007

**Tailwind Services LLC**, Chicago, Illinois
President and Managing Member, 2007

Recent representative engagements include:

- Assignee for the for the Benefit of Creditors of Robert Morris University, 2020
- Court appointed trustee in real estate related cases of *Central Grocers, Inc.*
- Court appointed federal equity receiver in *Federal Trade Commission v. A1 Janitorial,* et al., a fraudulent sales and marketing enforcement action filed in the U.S. District Court for the Northern District of Illinois.
- Court appointed federal equity receiver in *Federal Trade Commission v. Stark Law*, et al, a fraudulent debt collection and phantom payday loan debt enforcement action filed in the U.S. District Court for the Northern District of Illinois.
- Court-approved mediator for avoidance actions in *In re Trainor Glass Company,* (12-09458, Bankr. N.D. Ill.)
- Court appointed trustee in *In re Morris Senior Living*, 62 unit SLF as part of CCRC that included a SNF.
- Court Appointed receiver in *Bank of America v. Mayslake Village*, 186 unit SLF.

- Court appointed receiver in *In re Traditions of Olympia Fields*, 173 unit senior living community.
- Appointed as real estate receiver in mortgage foreclosure actions in the Circuit Courts of Cook, DuPage, Lake, Will and McHenry County, Illinois. Concentration in hotel, industrial, office, senior housing and residential real estate subdivision projects.
- President, CEO and CRO of The C.P. Hall Company, a former distributor of asbestos products.
- Appointed as federal equity receiver in *Federal Trade Commission v. Rockwell Holdings, et al*, a $22 million telemarketing fraud enforcement action in the U.S District Court for the Northern District of Illinois. Led the team that traced and recovered funds leading to the establishment of a substantial victim compensation fund.
- Appointed as trustee in *Lakewood Engineering & Manufacturing Co., Inc.,* a Chapter 7 case in the Bankruptcy Court for the Northern District of Illinois, for an $85 million manufacturer of fans and space heaters. Liquidated inventory, A/R, raw materials, M&E and real estate, paying the secured lender in full and creating a substantial dividend for unsecured creditors.
- Appointed as trustee in *Resource Technology Corporation*, a chapter 11 case in the Bankruptcy Court for the Northern District of Illinois. Debtor harvested landfill gas for use in generating electricity at 26 locations in 15 states.
- Appointed as trustee in *Telco Services Inc.*, a chapter 11 case in the Bankruptcy Court for the Northern District of Illinois. Sold the business as a going concern to Alcoa, Inc. resulting in a substantial distribution to creditors.
- Represented four national airports as co-counsel in the *United Airlines* chapter 11 case.
- Represented a defendant in a $6 million avoidance action in the *National Steel* chapter 11 case. Case recently resulted in a settlement with no funds returned to the bankruptcy estate.
- Represented bridge lender in $75 million real estate workout.
- Represented $75 million secured lender in largest collapse of grain silo in Illinois history.
- Other real estate engagements, including receiverships, listed on the attachment hereto.

## EDUCATION

**University of Illinois College of Law**, Urbana, Illinois
JD, 1988
**University of Illinois**, Urbana, Illinois
BA, Political Science, 1985

## ADMISSION TO PRACTICE

State of Illinois
United States District Court for the Northern District of Illinois
United States District Court for the Eastern District of Wisconsin
United States District Court for the Central District of Illinois
United States Court of Appeals, Seventh Circuit

## PROFESSIONAL ORGANIZATIONS

National Association of Bankruptcy Trustees
National Association of Federal Equity Receivers
American Bankruptcy Institute
Turnaround Management Association
Chicago Bar Association