**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WHITEAMIRE CLINIC, P.A., INC.,** )<br>**Plaintiff** )<br> )<br>    v. )<br> )<br>**CARTRIDGE WORLD NORTH** )<br>**AMERICA, LLC,** )<br>**Defendant** ) | Case. No.: 1:24-cv-06753 |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on November 12, 2024 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, or any Judge sitting in his stead, in Courtroom 1419 of the Northern District of Illinois Eastern Division Court, located at 219 South Dearborn Street, Chicago, IL 60604, to present **(1)PLAINTIFFS MOTION TO APPOINT A RECEIVER, AND (2) PLAINTIFFS MOTION FOR TURNOVER.**

Dated: November 4, 2024

Respectfully submitted,

The Good Law Group
By: _/s/Ross M. Good_____
Ross M. Good
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Phone: (847) 600-9576
Email: ross@thegoodlawgroup.com
Attorney for Plaintiff Whiteamire Clinic, P.A., INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: November 4, 2024                                   Respectfully Submitted,

                                                                              _/s/*Ross M. Good*_____

Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
direct: (847) 600-9576
ross@thegoodlawgroup.com