**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Whiteamire Clinic P.A., Inc
                                              Plaintiff,

v.                                                    Case No.: 1:24−cv−06753
                                                       Honorable Jeremy C. Daniel

Cartridge World North America, LLC
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The Court has reviewed the plaintiff's motions to appoint receiver and for turnover. The plaintiff's submissions did not include the necessary information to make the findings the plaintiff's included in the proposed order. For example, the proposed order includes a finding that "The terms of Katten's retention, compensation and expense reimbursement as stated in its standard retention agreement are warranted, reasonable and appropriate under the circumstances, and accordingly are APPROVED." (R. 9−4 at para. 11.) But the plaintiff did not provide a copy of the retention agreement (or otherwise provide the essential terms of the agreement) to the Court. As such, the Court cannot make such a finding. In addition, the plaintiff asks this Court to provide the receiver expansive powers (see, e.g. R. 9−4 at para. 3) but does not explain why such powers are necessary. The plaintiff also did not indicate whether it provided notice of its motion to the parties that would be affected by the appointment of a receiver. The plaintiff may supplement its filing on or before November 19, 2024. The Court resets the motion hearing to November 26, 2024, at 9:30 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.