# EXHIBIT A

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1ZA8Y6770393933362

Weight

0.70 LBS

Service

UPS Ground

Shipped / Billed On

11/14/2024

Delivered On

11/19/2024 10:01 A.M.

Delivered To

PALATINE, IL, US
Received By

BRITTY

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 11/19/2024 11:06 A.M. EST