UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHITEAMIRE CLINIC, P.A., INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARTRIDGE WORLD NORTH ) <br> AMERICA, LLC, ) <br> Defendant ) | Case. No.: 1:24-cv-06753 |

**ORDER FOR TURNOVER**

THIS CAUSE coming before the Court pursuant to Plaintiff's Motion to direct COMPUTER CORNER, LLC ("Computer Corner"), a third party respondent, to turn over all monies within its control or possession that are currently due and owing to Defendant,

1. As Computer Corner, a franchisee of Defendant, has certified that it is currently freezing monthly royalties it owes to Defendant pursuant to their franchise agreement;

2. As judgment has been entered in favor of Plaintiff and against Defendant in the instant matter in an amount of $4,293,000;

3. As an Order to Appoint a Receiver is pending before this Court to ensure that Plaintiff can protect its judgment and guard against the likelihood that Defendant will continue to willfully take steps to dissipate, improperly dispose of, or hide its assets in order to avoid satisfying its debt to Plaintiff; and

4. As the Receiver has not yet been appointed, and Computer Corner has frozen $3,854.97, an amount equal to its monthly royalty owed to Defendant;

**IT IS HEREBY ORDERED:**

1. That Computer Corner is directed to turn over, within five days, the amount currently frozen in its account ($3,854.97);

2. That said funds shall be turned over to Plaintiff's Counsel, within five (5) days;

3. That Plaintiff's Counsel shall hold the funds in escrow until the appointed Receiver has set up a bank account to accept the funds at which point Plaintiff's Counsel shall transfer the funds to the Receiver; and

4. That once the funds have been turned over, the Citation to Discover Assets issued against Computer Corner shall be dismissed.

DATE: 11/26/2024

ENTER: _____
**Honorable Jeremy C. Daniel**
**United States District Judge**