# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WHITEAMIRE CLINIC, P.A., INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-06753 |
| CARTRIDGE WORLD NORTH AMERICA, LLC, | ) ) ) | Hon. Jeremy C. Daniel |
| Defendant. | ) ) | |

## NOTICE OF FILING OF RECEIVER'S BOND

PLEASE TAKE NOTICE that Gregg Szilagyi, not individually but solely in his capacity as Court-appointed receiver of Cartridge World North America, LLC, hereby files a true and correct copy of his bond, which is submitted herewith as **Exhibit 1**.

Dated: December 20, 2024

Respectfully submitted,

**GREGG SZILAGYI**, not individually, but solely as receiver of Cartridge World North America, LLC

s/Terence G. Banich
One of his attorneys

Terence G. Banich (#6269359)
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, Illinois 60661
(312) 902-5665
terence.banich@katten.com

## **CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), I, Terence G. Banich, an attorney, hereby certify that, on the 20th day of December, 2024, I caused a true and correct copy of the foregoing **Notice of Filing of Bond of Receiver** to be served upon registered users by filing it with the Court's Electronic Case Filing system.

                                                    s/Terence G. Banich