**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Alex Martello<br>623 Eagle Rock Avenue, Suite 377<br>West Orange, New Jersey 07052 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Alex Martello, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Alex Martello at 623 Eagle Rock Avenue, Suite 377, West Orange, New Jersey 07052, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whiteamire Clinic P.A., Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 1:24-cv-06753 |
| | ) |
| Cartridge World North America, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Manco Holdings, LLC<br>c/o Michael Mancuso<br>776 Main Street<br>East Greenwich, Rhode Island 02818 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Manco Holdings, LLC, an entity other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050

> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Manco Holdings, LLC, c/o Michael Mancuso, at 776 Main Street, East Greenwich, Rhode Island 02818, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whiteamire Clinic P.A., Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-06753 |
| | ) |
| Cartridge World North America, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC** <br><br> 3917 Mercy Drive <br> McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC** <br><br> Terence G. Banich <br> Kenneth N. Hebeisen <br> Katten Muchin Rosenman LLP <br> 525 W. Monroe Street <br> Chicago, IL 60661-3693 <br> (312) 902-5665 <br> terence.banich@katten.com <br> ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Gerry Moultry <br> 4 South Orange Avenue, Suite 207 <br> South Orange, New Jersey 07079 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP <br> 525 W. Monroe Street, Suite 1900 <br> Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Gerry Moultry, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

Cartridge World North America, LLC
3917 Mercy Drive
McHenry, IL 60050

Cartridge World North America, LLC
c/o C T CORPORATION SYSTEM
701 S CARSON ST, STE 200
Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Gerry Moultry at 4 South Orange Avenue, Suite 207, South Orange, New Jersey 07079, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Greg Carafello<br>1370 S. Main Road<br>Vineland, New Jersey 08360 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 66661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Greg Carafello, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050

> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Greg Carafello at 1370 S. Main Road, Vineland, New Jersey 08360, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Thinkink Enterprises Inc.<br>c/o Jeffrey Bier<br>830 Franklin Avenue<br>Franklin Lakes, New Jersey 07417 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Thinkink Enterprises Inc., an entity other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Thinkink Enterprises Inc., c/o Jeffrey Bier, 840 Franklin Avenue, Franklin Lakes, New Jersey 07417, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

<table>
<tr><th colspan="2">Last Known Address of Judgment Debtor and Attorney for Judgment Debtor:</th><th colspan="2">Judgment Creditor's Attorney:</th></tr>
<tr><td>Name and Address:</td><td>**Cartridge World North America, LLC**<br><br>3917 Mercy Drive<br>McHenry, IL 60050</td><td>Name and Address:</td><td>**Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com</td></tr>
<tr><td>Attorney:</td><td>None</td><td></td><td></td></tr>
</table>

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Ray Curtis<br>410 Junction Hwy<br>Kerrville, Texas 78028 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Ray Curtis, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Ray Curtis at 410 Junction Hwy, Kerrville, Texas 78028, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Greg O'Neill<br>247 Connecticut Avenue<br>Norwalk, Connecticut 06854 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Greg O'Neill, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Greg O'Neill at 247 Connecticut Avenue, Norwalk, Connecticut 06854, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

> /s/ Terence G. Banich
> Terence G. Banich
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> (312) 902-5665
> terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Brian Gallagher<br>855 Hanover Street #102<br>Manchester, New Hampshire 03104 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Brian Gallagher, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050

> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Brian Gallagher at 855 Hanover Street #102, Manchester, New Hampshire 03104, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whiteamire Clinic P.A., Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 1:24-cv-06753 |
| | ) |
| Cartridge World North America, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

<table>
<tr><th colspan="2">Last Known Address of Judgment Debtor and Attorney for Judgment Debtor:</th><th colspan="2">Judgment Creditor's Attorney:</th></tr>
<tr>
<td>Name and Address:</td>
<td><strong>Cartridge World North America, LLC</strong><br><br><br>3917 Mercy Drive<br>McHenry, IL 60050</td>
<td>Name and Address:</td>
<td><strong>Gregg Szilagyi, Receiver for Cartridge World North America, LLC</strong><br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com</td>
</tr>
<tr>
<td>Attorney:</td>
<td>None</td>
<td></td>
<td></td>
</tr>
</table>

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | The New CW of Wayne LLC<br>c/o Scott Bordman<br>580 Valley Road, Second Floor<br>Wayne, New Jersey 07470 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon The New CW of Wayne LLC, an entity other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on The New CW of Wayne LLC, c/o Scott Bordman, at 580 Valley Road, Second Floord, Wayne, New Jersey 07470, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

> /s/ Terence G. Banich
> Terence G. Banich
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> (312) 902-5665
> terence.banich@katten.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Chayah Faith Inc.<br>c/o Brian Gallagher<br>391C S. Broadway<br>Salem, New Hampshire 03079 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Roseman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Chayah Faith Inc., an entity other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Chayah Faith Inc., c/o Brian Gallagher, at 391C S. Broadway, Salem, New Hampshire 03079, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

> /s/ Terence G. Banich
> Terence G. Banich
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> (312) 902-5665
> terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Whiteamire Clinic P.A., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | |
| Cartridge World North America, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | CW Riverdale Limited Liability Company<br>c/o Diane Pezzuti<br>170 Kinnelon Road, Suite 18<br>Kinnelon, New Jersey 07405 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon CW Riverdale Limited Liability Company, an entity other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on CW Riverdale Limited Liability Company, c/o Diane Pezzuti, 170 Kinnelon Road, Suite 18, Kinnelon, New Jersey 07405, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whiteamire Clinic P.A., Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 1:24-cv-06753 |
| | ) |
| Cartridge World North America, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Clay Deaton<br>1773 Westborough Drive, Suite 210<br>Katy, Texas 77449 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Clay Deaton, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050

> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Clay Deaton at 1773 Westborough Drive, Suite 210, Katy, Texas 77449, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

> /s/ Terence G. Banich
> Terence G. Banich
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> (312) 902-5665
> terence.banich@katten.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Whiteamire Clinic P.A., Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:24-cv-06753 |
| | ) |
| Cartridge World North America, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THIRD-PARTY CITATION TO DISCOVER ASSETS**

| Last Known Address of Judgment Debtor and Attorney for Judgment Debtor: | | Judgment Creditor's Attorney: | |
|---|---|---|---|
| Name and Address: | **Cartridge World North America, LLC**<br><br><br>3917 Mercy Drive<br>McHenry, IL 60050 | Name and Address: | **Gregg Szilagyi, Receiver for Cartridge World North America, LLC**<br><br>Terence G. Banich<br>Kenneth N. Hebeisen<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5665<br>terence.banich@katten.com<br>ken.hebeisen@katten.com |
| Attorney: | None | | |

| | |
|---|---|
| Judgment in the amount of : | $4,293,000, plus post-judgment interest accrued pursuant to 28 U.S.C. § 1961 |
| Name and address of person receiving citation: | Christopher David<br>8582 Westheimer Road<br>Houston, Texas 77063 |
| Date and time of citation: | March 12, 2025 at 5:00 p.m. |
| Location: | Katten Muchin Rosenman LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, Illinois 60661 |

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment

creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE EXAMINATION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first-class mail.

## CERTIFICATE OF SERVICE OF CITATION

I, Terence G. Banich, an attorney, hereby certify that (i) within three (3) business days of service of the Third-Party Citation to Discover Assets upon Christopher David, an individual other than the Judgment Debtor, I served upon Cartridge World North America, LLC, the Judgment Debtor, and its attorney, a copy of the Third-Party Citation to Discover Assets and the Citation Notice via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only, to the following addresses:

> Cartridge World North America, LLC
> 3917 Mercy Drive
> McHenry, IL 60050
>
> Cartridge World North America, LLC
> c/o C T CORPORATION SYSTEM
> 701 S CARSON ST, STE 200
> Carson City, NV 89701

and (ii) on February 21, 2025, I caused a copy of the Third-Party Citation to Discover Assets to be served on Christopher David at 8582 Westheimer Road, Houston, Texas 77063, via prepaid certified United States Mail (return receipt requested) with delivery restricted to addressee only.

Dated: February 21, 2025

/s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5665
terence.banich@katten.com