# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Whiteamire Clinic, PA, Inc. v. Cartridge World N. Am.

Case Number: 1:24-cv-06753

An appearance is hereby filed by the undersigned as attorney for:

Gregg Szilagyi, as Receiver for Cartridge World North America, LLC

Attorney name (type or print): Kenneth N. Hebeisen

Firm: Katten Muchin Rosenman LLP

Street address: 525 W. Monroe St.

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6330621
(See item 3 in instructions)

Telephone Number: 312-902-5544

Email Address: ken.hebeisen@katten.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's general bar? | ☑ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/24/2025

Attorney signature: S/ Kenneth N. Hebeisen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023