**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WHITEAMIRE CLINIC, P.A., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-06753 |
| | ) | Honorable Jeremy C. Daniel |
| CARTRIDGE WORLD NORTH | ) | |
| AMERICA, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF KENNETH N. HEBEISEN FOR LEAVE TO WITHDRAW AS COUNSEL

Gregg Szilagyi, acting not individually but solely in his capacity as the receiver of judgment debtor Cartridge World North America, LLC (the "Receiver"), pursuant to paragraph 7 of the *Order Granting Motion to Appoint Receiver*, dated December 3, 2024 [ECF #15] (the "Receiver Order"), respectfully requests that this Court permit Kenneth N. Hebeisen to withdraw as counsel in the above-captioned matter. In support of this motion, the Receiver states as follows:

1. Attorneys from Katten Muchin Rosenman LLP ("Katten") have entered appearances on behalf of the Receiver in the above-captioned case. [Dkt. No. 20.]

2. Kenneth N. Hebeisen, who entered his appearance on February 24, 2025, has accepted a position at another law firm and is leaving Katten. Mr. Hebeisen will not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. Katten remains counsel of record for the Receiver in this matter.

4. This motion is brought in good faith and not for the purposes of delay.

WHEREFORE, the Receiver respectfully requests that this Court enter an order granting this motion and allowing Kenneth N. Hebeisen leave to withdraw as counsel for the Receiver.

2

Dated: May 26, 2026

Respectfully submitted,

*/s/ Terence G. Banich*_____

Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe Street, Chicago, IL 60661
(312) 902-5200
*Attorney for the Receiver*

## <u>CERTIFICATE OF SERVICE</u>

I, Terence G. Banich, an attorney, hereby certify that on this 26th day of May, 2026, I caused a copy of the foregoing document to be served upon all counsel of record via this Court's CM/ECF electronic filing system.

*/s/ Terence G. Banich*_____

Terence G. Banich

*Attorney for the Receiver*
